750 A.2d 90

IN THE MATTER OF WILLIAM N. GRABLER,
AN ATTORNEY AT LAW.

May 15, 2000.

## ORDER

This matter having been presented to the Court pursuant to *Rule* 1:20–10(b) following a motion for discipline by consent of **WILLIAM N. GRABLER** of **PLAINFIELD,** who was admitted to the bar of this State in 1988;

And the Committee on Attorney Advertising and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated the following Rules of Professional Conduct, Rules of Court, and Regulations Governing the Board on Attorney Certification: *RPC* 7.1(a)(1), *R.* 1:39–6(b) and *RG.* 402:4; *RPC* 7.1(a)(1), *R.* 1:39–6(c) and *RG.* 402.3(a); *RPC* 7.4(a); *RPC* 7.1(a)(1), *R.* 1:39–6(c) and *RG.* 402–3(b); *RPC* 7.4(a); and *RPC* 7.1(a)(2) and (3);

And the parties having agreed that respondent's ethics violations warrant a reprimand;

And the Disciplinary Review Board having reviewed the record pursuant to *Rule* 1:20–10(b)(3) to determine the appropriate measure of discipline for respondent's misconduct;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics infractions and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **WILLIAM N. GRABLER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.